UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **ROBERT CROOMS, JR.** | **DOCKET NO. 6:24-cv-1271**<br>**SECTION P** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **STATE OF LOUISIANA** | **MAGISTRATE JUDGE J. AYO** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that this suit be DISMISSED WITH PREJUDICE and all pending motions be dismissed as MOOT.

**THUS DONE AND SIGNED** in chambers this 5th day of November, 2024.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE